CERTIFICATE

I hereby certify having mailed a true copy of the foregoing Objection to Report and Recommendation of Magistrate Judge Mary Gordon Baker by placing it into care of custodial officials for mailing postage prepaid on this 13th day of February 2026 to Clerk, U.S. District Court, P.O. Box 835, Charleston, SC 29402.

_____
Plaintiff pro se

Sworn to and signed before me on this 13 day of February 2026.

My Commission Expires
October 6, 2033
_____
My commission expires

Tamara Conwell
Notary Public