Kevin Johnson No. 397279
Perry Correctional Institution
430 Oakland Rd.
Pelzer, SC 29669

CERTIFIED MAIL

SC 296

AMG L

POSTAGE — PITNEY BOWES

ZIP 29669 $006.33⁰
02 4W
0000378425 FEB. 18 2026

9589 0710 5270 3556 6327 91

ITEM X-RAYED BY
USMS

BP2/23

Clerk
U.S. District Court
P.O. Box 835
Charleston, SC 29402

RCVD - USDC - CHAS, SC
2026 FEB 23 AM 8:58

LEGAL MAIL

29402-069535