RECEIVED

FEB 13 2026

**U.S. Department of Justice**
**United States Marshals Service**

C17

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kevin Johnson | 2:25-cv-12580-BHH-MGB |
| **DEFENDANT** | **TYPE OF PROCESS** Summons in a |
| Chadwick Polson, et al. | Civil Action |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Mr. Hawkins, Prison Guard

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) Perry Correctional Institution
430 Oaklawn Rd., Pelzer, SC 29669

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Kevin Johnson, No. 397279 Perry Correctional Institution 430 Oaklawn Rd. Pelzer, SC 29669 | Number of process to be served with this Form 285: 17 |
| | Number of parties to be served in this case: 25 |
| | Check for service on U.S.A.: N/A |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

| Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER N/A | DATE 2/11/2026 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 71 | District to Serve No. 71 | Signature of Authorized USMS Deputy or Clerk Jamilet Mendez-West | Date 2/20/2026 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date 3/24/26 | Time 3:30 ☐ am ☑ pm |
|---|---|---|

| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy |
|---|---|
| Address of service known to US Marshals Service | |

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

1 DUSM at $65.00 per hour x 1 hour = $65.00
.725 per mile x 16 miles round trip = $11.60
= $76.60

No Longer works for SCDC
Devin, Hawkins

3/20/26; 2nd Endeavor; 1 DUSM; 1 hour x $65.00, 34 miles round trip x $0.725; no one present at address provided; left business card with number to call ☎ 1 hour x $65.00 = $65.00    34 miles x $0.725 = $24.65

3/24/26; 1 DUSM; 1 hour x $65.00, 34 miles round trip x $0.725; personally served at address known to US Marshals Service. 1 hour x $65.00 = $65.00 ☎
34 miles X 0.725 $24.65

Totals: Service = $195.00    mileage = $60.90

Form USM-285
Rev. 03/21



**U.S. Department of Justice**
United States Marshals Service

Process 071-2:2025-CV-12580-17 | Cost Worksheet
Printed on: 03/26/2026

## PROCESS INFORMATION

| Case Type | Origin District | Serving District | Case Caption |
|---|---|---|---|
| CV - Civil | D/SC - GREENVILLE | D/SC - GREENVILLE | KEVIN JOHNSON v. CHADWICK DOTSON; ARNOLD DAVID ROBINSON; SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; JOEL ANDERSON; WILLIE DAVIS; JAMIE FERGELI; MS. HOLLIS; MR. GREGGS; MR. OCEAN; JOHN DOE #1; JOHN DOE#2; JOHN DOE #3; CURTIS EARLEY; D. HAROUFF; BRENT BLAKELEY; JOSEPH PERKS; ESSENCE BYRD; ANDREA FOSTER; A. WILLIAMS; MR. HAWKINS; DR. BALDWIN; NICOLE LAWSON; A. ENLOE; MS. RODRIGUEZ; MR. SANDERS; TAMARA CONWELL; KIMBERLY MCKNIGHT; AND TAMMIE RUCKER |

| Civil/ Criminal | Attribute | Process Type | Party to be Served |
|---|---|---|---|
| Civil | Private | SummonsComplaint | MR HAWKINS |

## SUMMARY

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 02/13/2026 14:55 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 02/20/2026 15:22 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 03/04/2026 15:51 EST | In-person Endeavor | | $0.00 | |
| | Personnel Charges | $65.00 | | $76.60 |
| | Mileage Charges | $11.60 | | |
| 03/11/2026 12:37 EDT | Assigned for Personal Service | | $0.00 | $0.00 |
| 03/20/2026 10:50 EDT | In-person Endeavor | | $0.00 | |
| | Personnel Charges | $65.00 | | $89.65 |
| | Mileage Charges | $24.65 | | |
| 03/24/2026 15:30 EDT | Served | | $0.00 | |
| | Personnel Charges | $65.00 | | $89.65 |
| | Mileage Charges | $24.65 | | |
| **Total Costs** | | | **$0.00** | **$255.90** |

| | |
|---|---|
| **Remaining Balance** | $0.00 |
| **Amount Owed** | **$1,957.10** |
| **Remaining Process to Serve:** | 071-2:2025-CV-12580-1 |
| | 071-2:2025-CV-12580-2 |

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974. 5 USC § 552a

UNCLASSIFIED//FOR OFFICIAL USE ONLY