**U.S. Department of Justice**
**United States Marshals Service**

C1  **RECEIVED**

fcd 13 2026

## PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kevin Johnson | 2:25-cv-12580-BHH-MGB |
| DEFENDANT | TYPE OF PROCESS  Summons in a civil Action |
| Chadwick Dotson, et al. | |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Chadwick Dotson (Past director of the Virginia Dept. of Corr.) |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  Virginia Department of Corrections, 6900 Atmore Dr., Richmond, VA 23225 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Kevin Johnson, No. 397277<br>Perry Correctional Institution<br>430 Oaklawn Rd.<br>Pelzer, SC 27669 | Number of process to be served with this Form 285  **2** |
| | Number of parties to be served in this case  **25** |
| | Check for service on U.S.A.  N/A |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*  If Chadwick Dotson cannot be located at the Virginia Department of Corrections headquarters as addressed above, this department can provide Mr. Dotson's last known personal address and phone number to arrange for personal service.

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER  N/A | DATE  2/11/2026 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 71 | No. 71 | Jamilet Mendez-West | 2/20/2026 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|---|
| Address *(complete only different than shown above)* | | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS  Executed by certified mail on 3/2/2026. JMW

RCV'D - USDC - CHAS, SC
2026 APR 24 AM 11:38

Form USM-285
Rev. 03/21

ALERT: SEVERE WEATHER IN THE PACIFIC NORTHWEST, GREAT LAKES, AND SOUTHERN US ...

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70111150000167517614

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered and is available at a PO Box at 1:27 pm on March 2, 2026 in RICHMOND, VA 23225.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

## Delivered

**Delivered, PO Box**

RICHMOND, VA 23225
March 2, 2026, 1:27 pm

**See All Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ⌄ |
| --- | --- |

| USPS Tracking Plus® | ⌄ |
| --- | --- |

| Product Information | ⌄ |
| --- | --- |

## See Less ⌃

Track Another Package

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature]* ☐ Agent ☐ Addressee |
| | B. Received by ( *Printed Name*) *Cory Mitchell*  C. Date of Delivery 3-2-25 |
| 1. Article Addressed to:<br><br>VA DEPT OF CORRECTIONS<br>ATTN: CHADWICK DOTSON<br>6900 ATMORE DRIVE<br>RICHMOND, VA 23225 | D. Is delivery address different from Item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*)  7011 1150 0001 6751 7414 | |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**U.S. Department of Justice**
United States Marshals Service

## PROCESS INFORMATION

| Case Type | Origin District | Serving District | Case Caption |
|---|---|---|---|
| CV - Civil | D/SC - COLUMBIA | D/SC - COLUMBIA | KEVIN JOHNSON v. CHADWICK DOTSON; ARNOLD DAVID ROBINSON; SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; JOEL ANDERSON; WILLIE DAVIS; JAMIE FERGELI; MS. HOLLIS; MR. GREGGS; MR. OCEAN; JOHN DOE #1; JOHN DOE#2; JOHN DOE #3; CURTIS EARLEY; D. HAROUFF; BRENT BLAKELEY; JOSEPH PERKS; ESSENCE BYRD; ANDREA FOSTER; A. WILLIAMS; MR. HAWKINS; DR. BALDWIN; NICOLE LAWSON; A. ENLOE; MS. RODRIGUEZ; MR. SANDERS; TAMARA CONWELL; KIMBERLY MCKNIGHT; AND TAMMIE RUCKER |

| Civil/ Criminal | Attribute | Process Type | Party to be Served |
|---|---|---|---|
| Civil | Private | SummonsComplaint | CHADWICK DOTSON |

## SUMMARY

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 02/13/2026 14:10 EST | Assigned for Personal Service | | $0.00 | $0.00 |
| 02/20/2026 15:15 EST | Mail Endeavor | | $0.00 | $8.00 |
| 03/02/2026 10:30 EST | Served | | $0.00 | |
| | Personnel Charges | $0.00 | | $0.00 |
| | Mileage Charges | $0.00 | | |

| **Total Costs** | | | **$0.00** | **$8.00** |
|---|---|---|---|---|

| **Remaining Balance** | **$0.00** |
|---|---|
| **Amount Owed** | **$1,957.10** |

| **Remaining Process to Serve:** |
|---|

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a
UNCLASSIFIED//FOR OFFICIAL USE ONLY