RCVD USDC - SCMDISO
2026 MAY 29 AM 8:51

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Charleston Division

KEVIN JOHNSON,                                      Plaintiff,
v.        Case No. 2:25-CV-12580-BHH-MGB
CHADWICK DOTSON, et al.,                            Defendants.

PLAINTIFF'S RESPONSE TO DEFENDANTS' RESPONSE
TO PLAINTIFF'S REPLY

Plaintiff pro se hereby responds to the Defendants' Response to Plaintiffs' Reply (DK 53), as follows:

Notwithstanding anything filed on record by plaintiff appearing to the contrary, plaintiff hereby submits that he agrees with Defendants that his Supplement to Reply (Dk. No. 52), which he hereby reinstates ~~and~~ in full and incorporates by reference, is actually a memorandum in support seeking the court to release him from confinement, issue a writ of habeas corpus, and deem admitted plaintiff's Requests for Admission to Defendant Chadwick Dotson. Plaintiff also agrees with Defendants that only if his memorandum in support is denied by the court should it consider his Supplement and grant his Motion for Contempt.

THEREFORE, consistent with Dk. No. 53, and as the parties agree, this court should forthwith grant plaintiff's release from confinement, issue a writ of habeas corpus and deem admitted, his Requests for Admission to Defendant Chadwick Dotson.[1]

Respectfully submitted,

_____
Plaintiff pro se

Reply to: Kevin Johnson, No. 397279
Perry Correctional Institution
430 Oaklawn Rd.
Pelzer, SC 29669

_____

[1]    Plaintiff submits that this court should disregard or he hereby withdraws anything filed by him ~~following~~ Dk. No. 52 that appears contrary to the relief sought by him herein. The writ of habeas corpus, which shall not be suspended, takes priority over all else in this case.

## CERTIFICATE

I hereby certify under penalty of perjury that I did mail the foregoing document to by placing it into care of custodial officials for mailing postage prepaid on this 21st day of May 2026 to Clerk, U.S. District Court, P.O. Box 835, Charleston, SC 29402 and notice to defendants.

_____
Plaintiff pro se

RCVD – USDC – CHAS, SC
2026 MAY 29 AM8:51

-2-