RECEIVED USDC
CLERK, CHARLESTON, SC

2026 JUN 15 AM 9:08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Charleston Division

KEVIN JOHNSON,                                                    Plaintiff,

v.                    Case No. 2:25-cv-12580-BHH-MGB

CHADWICK Dotson, et al.,                                     Defendants.

PLAINTIFF'S NOTICE AND MOTION FOR ADDITIONAL TIME
TO FILE ADDED ARGUMENT AND ADMISSIONS IN SUPPORT
OF OBJECTION # 1

Plaintiff pro se hereby notifies this court that he has further argument and admissions to submit in support of Objection # 1 of his "Partial Objection to Report and Recommendation and Reference Order of Magistrate Judge Entered May 27, 2026" (PORRR) and requests until June 17, 2026 to file said added argument and admissions, because:

1.    On June 5, 2026 plaintiff mailed his PORRR to this court. On June 8, 2026 plaintiff received a reply to a request for Admissions from Defendant Joel Anderson, which plaintiff believes admits, inter alia, that plaintiff is unlawfully confined, and is entitled to a writ of habeas corpus and release from confinement in this case under 28 U.S.C. § 1651 which would be in aid of this court's jurisdiction, and that plaintiff is not a "prisoner" within the meaning of 28 U.S.C. § 1915(h) and 28 U.S.C. § 1915A(c). He desires to file said Admissions in support of Objection # 1 of PORRR and added argument in support of the court taking those admissions as admitted.

2.    Plaintiff is unable to submit the said admissions and his argument in support of the court's taking those Admissions as admitted, because he requires copies to be made of said admissions to keep for his records, while he submits the original which is signed by defense counsel to the court in support of Objection # 1 to the PORRR. He has put in request to his custodians for such copies which will likely not be provided before June 12, 2026, beyond the deadline that his objections are due for Dk. Nos. 62 and 63.

Plaintiff swears to the truth of the foregoing under penalty of perjury.

THEREFORE, this court should grant plaintiff until June 17, 2026 to file the Admissions response of Defendant Joel Anderson and his Added Argument in support of

Objection # 1 to the PORRR.

Respectfully submitted,

_____
Plaintiff pro se

Reply to: Kevin Johnson, No. 397279
Perry Correctional Institutional
430 Oaklawn Rd.
Pelzer, SC 29669

## CERTIFICATE

I hereby certify having mailed a true copy of the foregoing Notice and Motion by placing it into care of custodial official for mailing postage prepaid on this 8th day of June 2026 to Clerk, U.S. District Court, P.O. Box 835, Charleston, SC 29402 and notice to defendants.

_____
Plaintiff pro se

- 2 -

Kevin Johnson 043897229
Perry Correctional Institution
430 Oaklawn Rd.
Pelzer, SC 29669

ITEM X-RAYED BY
USMS
6/15

LEGAL MAIL

GREENVILLE SC 296

11 JUN 2026 AM 2 L



US POSTAGE PITNEY BOWES

ZIP 29669
02 4W
0000378425 JUN 10 2026
$ 000.74⁰

RECEIVED USDC
CLERK, CHARLESTON, SC
2026 JUN 15  AM 8:52

Clerk
U. S. District Court
P. O. Box 835
Charleston, SC 29402

29402-083535