UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Kevin Johnson, | ) | Case No.: 2:25-cv-12580-BHH-MGB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANTS SOUTH CAROLINA** |
| | ) | **DEPARTMENT OF CORRECTIONS,** |
| Chadwick Dotson; Arnold David | ) | **JOEL ANDERSON, WILLIE DAVIS,** |
| Robinson; South Carolina Department of | ) | **JAMIE FERGELI, MS. HOLLIS, MR.** |
| Corrections; Joel Anderson; Willie Davis; | ) | **GREGGS, MR. OCEAN, JOHN DOE #1,** |
| Jamie Fergeli; Ms. Hollis; Mr. Greggs; Mr. | ) | **JOHN DOE #2, JOHN DOE #3, CURTIS** |
| Ocean; John Doe #1; John Doe #2; John | ) | **EARLEY, D. HAROUFF, BRENT** |
| Doe #3; Curtis Earley; D. Harouff; Brent | ) | **BLAKELEY, JOSEPH PERKS,** |
| Blakeley; Joseph Perks; Essence Byrd; | ) | **ESSENCE BYRD, ANDREA FOSTER, A.** |
| Andrea Foster; A. Williams; Mr. Hawkins; | ) | **WILLIAMS, MR. HAWKINS, DR.** |
| Dr. Baldwin; Nicole Lawson; A. Enloe; | ) | **BALDWIN, NICOLE LAWSON, A.** |
| Ms. Rodriguez; Mr. Sanders; Tamara | ) | **ENLOE, MS. RODRIGUEZ, MR.** |
| Conwell; Kimberly McKnight; and | ) | **SANDERS, TAMARA CONWELL,** |
| Tammie Rucker, | ) | **KIMBERLY MCKNIGHT AND** |
| | ) | **TAMMIE RUCKER'S MEMORANDUM** |
| Defendants. | ) | **TO THE COURT** |

Defendants South Carolina Department of Corrections; Joel Anderson; Willie Davis; Jamie Fergeli; Ms. Hollis; Mr. Greggs; Mr. Ocean; John Doe #1; John Doe #2; John Doe #3; Curtis Earley; D. Harouff; Brent Blakeley; Joseph Perks; Essence Byrd; Andrea Foster; A. Williams; Mr. Hawkins; Dr. Baldwin; Nicole Lawson; A. Enloe; Ms. Rodriguez; Mr. Sanders; Tamara Conwell; Kimberly McKnight; and Tammie Rucker, (hereinafter "Defendants"), by and through their undersigned attorneys, file this Memorandum to the Court advising it of the status of Plaintiff's legal materials.

**MEMORANDUM**

This Court issued an Order (Entry 74) on June 17, 2026 ordering, *inter alia*, that the Defendant make available to Plaintiff his legal documents, as Plaintiff had previously filed a

Motion for miscellaneous relief alleging that "the South Carolina defendants, including defendant Harouff, had Plaintiff's housing changed whereupon they took and refused to return most of his legal property including Dks. 37/37-1, his notes and work product related to his prepared responses, his stationary (writing paper), etc." Entry 56 at 1.

When Plaintiff's Motion for miscellaneous relief was being considered by the Court, Plaintiff was in the custody of the South Carolina Department of Corrections ("SCDC") at Perry Correctional Institution. Exhibit 1 (Affidavit of Captain Cotter). Defendants' counsel received the Court's Order on June 17, 2026, and conferred with Defendants to relay the Court's instructions to allow Plaintiff to access his legal materials at issue. Upon communicating with Defendants on June 18, 2026, counsel learned that Plaintiff was no longer at Perry Correctional Institution and no longer in SCDC custody and, on June 15, 2026, Plaintiff had been transferred to Keen Mountain Correctional Center located at 3402 Kennel Gap Road, Oakwood, Virginia 24631. Exhibit 1. SCDC personnel have already sent five boxes of Plaintiff's legal materials to him at Keen Mountain Correctional Center in Virginia. Id. SCDC personnel are currently waiting on Keen Mountain Correctional Center personnel to supply the outstanding shipping labels so the remainder of Plaintiff's boxes can be transferred to him. Id. As such, Defendants have complied with the Court's Order to the extent that they can, but, as Plaintiff is no longer in SCDC custody, Defendants cannot ensure with certainty that Plaintiff receives his legal materials at issue. Any future issues Plaintiff has with his legal material would likely be directed towards Keen Mountain Correctional Center. Defendants file this Memorandum to the Court out of an abundance of caution to keep the Court advised of Defendants' compliance with the Court Order issued on June 17, 2026. Entry 74.

Respectfully submitted,

*s/*P. Christopher Smith, Jr.
_____
James P. Walsh (Fed Bar No.: 5636)
P. Christopher Smith, Jr. (Fed Bar No. 9921)
**Clarkson, Walsh & Coulter, P.A.**
P.O. Box 6728
Greenville, SC 29606
(864) 232-4400 Phone
(864) 235-4399 Fax
jim.walsh@clarksonwalsh.com
chris.smith@clarksonwalsh.com
**Attorneys for Defendants South Carolina Department of Corrections; Joel Anderson; Willie Davis; Jamie Fergeli; Ms. Hollis; Mr. Greggs; Mr. Ocean; John Doe #1; John Doe #2; John Doe #3; Curtis Earley; D. Harouff; Brent Blakeley; Joseph Perks; Essence Byrd; Andrea Foster; A. Williams; Mr. Hawkins; Dr. Baldwin; Nicole Lawson; A. Enloe; Ms. Rodriguez; Mr. Sanders; Tamara Conwell; Kimberly McKnight; and Tammie Rucker**

June 23, 2026
Greenville, South Carolina