UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(Charleston_____ DIVISION)

Kevin Johnson                              )
_____                    )     Case No. 2:25-cv-12580-BHH-MGB
Plaintiff/Petitioner/USA,                  )
                                           )
v.                                         )          **Motion**
Chadwick Dotson, et al.                    )        **in Support of**
_____                    )     ***Pro Hac Vice* Application**
Defendant/Respondent.                      )
                                           )

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that Laura Maughan _____ be admitted *pro hac vice* in the above-captioned case as associate counsel.

As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

   ☐ Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐will likely oppose; ☐does not intend to oppose

   ☐ Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):

   _____
   _____

   ☒ No duty of consultation is required because the opposing party is proceeding pro se.

Ward and Smith, PA                          Kelly M. Reid
_____                     _____
Firm Name                                   Name of Local Counsel
82 Patton Ave., Suite 300                   /s/ Kelly M. Reid
_____                     _____
Street Address or Post Office Box           Signature of Local Counsel
Asheville, NC  28802                        Local Counsel for the Defs Dotson and Robinson
_____
City, State, Zip Code                       District of South Carolina
828-348-6029                                Federal Bar Number _____13063_____
_____
Telephone Number
KMReid@wardandsmith.com
_____
E-Mail Address                              revised 09/19/05