**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
( Charleston_____ **DIVISION)**

Kevin Johnson_____ , )
Plaintiff/Petitioner/USA,                    )          **Case No.** 2:25-cv-12580-BHH-MGB
                                             )
v.                                           )
Chadwick Dotson, et al._____ ,           )          **Application/Affidavit for**
Defendant/Respondent.                        )          ***Pro Hac Vice* Admission**
_____ )

(1)     <u>Name</u>.  Laura_____ Elizabeth_____ Maughan_____
                       First              Middle              Last

(2)     <u>Residence</u>. I reside in the following state: Virginia_____
        If a South Carolina resident, indicate months/years of residence: _____

(3)     <u>Business Address</u>. I am an attorney and practice law under the name of or as a member of the
        following firm:

        Firm name: Sands Anderson, PC_____
        Mailing address: PO Box 1998_____ City/State/Zip Richmond, VA 23218
        Telephone number: 804-648-1636_____
        Facsimile number: 804-783-7291_____
        E-mail address: lmaughan@sandsanderson.com_____

        (Application will not be considered without an e-mail address to receive electronic notification.)

(4)     <u>Jurisdiction of this Court</u>. I, by execution of this Application and Affidavit, consent and agree to
        comply with the applicable statutes, laws, and rules of the State of South Carolina, with all
        applicable federal statutes, laws, and rules, including Local Rules of the United States District
        Court for the District of South Carolina. I consent to the jurisdiction of the United States District
        Court for the District of South Carolina in all matters of attorney conduct.[1]

(5)     <u>Regular Practice of Law</u>. I am a member in good standing of the bar of the highest court of the
        District of Columbia or the State of Virginia_____ where I regularly practice law.
        **Attached is my certificate of good standing.**

(6)     Additional Bar Membership. I have been admitted to practice before the following courts: (List all
        of the courts Applicant has been admitted to practice before: United States District Courts; United
        States Circuit Courts of Appeals; the Supreme Court of the United States; and courts of other
        states or the District of Columbia.) By signing this Affidavit, I certify that I am a member in good
        standing of each of the listed bars unless otherwise noted.

---

[1]This District maintains a web site (www.scd.uscourts.gov) from which the federal and local rules
of procedure and related materials may be obtained.

| Court | Date Admitted | Good Standing | |
|---|---|---|---|
| US Bankruptcy Maryland | 3/7/25 | X | |
| USDC Maryland | 3/7/25 | X | |
| USDC Eastern District of Virginia | 12/15/16 | x Yes | ☐No |
| USDC Western District of Virginia | 12/30/16 | X Yes | ☐No |
| Fourth Circuit of Appeals | 7/26/17 | X Yes | ☐No |
| Washington DC | 1/8/2016 | | |

(7) Pending Disciplinary Matters. Are you presently the subject of any formal suspension or disbarment proceedings, and have you been notified by any disciplinary agency of the initiation of formal procedures? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐Yes ☒No
(If "yes," give particulars, such as jurisdiction, court, date, grounds. Information to comply with this paragraph may be provided *in camera* but that fact shall be revealed below.)

_____

_____

(8) Curtailment of Prior *Pro Hac Vice* Admissions. Have you ever had any application for admission *pro hac vice* in this or any other jurisdiction denied or any *pro hac vice* admission revoked?
☐Yes ☒No
(If "yes," give particulars, such as date, court, docket number, judge, circumstances; attach a copy of any order of denial or revocation.)

_____

_____

(9) Sanctions. Have you ever had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked, or received a public reprimand or greater sanction?
☐Yes ☒No
(If "yes," give particulars, e.g., judicial or administrative body, date of suspension, and reinstatement.)

_____

_____

(10) Criminal Sanctions. Have you ever been convicted of a felony under the laws of the District of Columbia or of any State or under the laws of the United States?
☐Yes ☒No
(If "yes," give particulars, such as date, court, judge, circumstances, and ultimate disposition.)

_____

_____

(11) Present and Previous *Pro Hac Vice* in this Court. Have you, within the last ten (10) years, filed an application to appear *pro hac vice* in the United States District Court for the District of South Carolina or another court in the state of South Carolina?
☐ Yes ☒No
(If "yes," give court, case name, docket number, and status of litigation, year of application, local counsel of record in each case, and state whether application is pending or was granted.) Attach additional pages if necessary.

_____

_____

(12) Designated Local Counsel. Local counsel of record associated with Applicant in this case is:

|  |  |
|---|---|
| Attorney Name: | Kelly M. Reid |
| Firm Name: | Ward and Smith, PA |
| Street Address or Post Office Box: | 82 Patton Ave, Suite 300 |
| City, State, and Zip Code: | Asheville, NC  28802 |
| Telephone Number: | 828-348-6029 |
| E-Mail Address: | KMReid@wardandsmith.com |

I understand that local counsel of record is required to: (1) personally sign each pleading, motion, discovery procedure, or other document served or filed in this Court; (2) accept service of all pleadings and notices as required on behalf of all counsel for the party represented; (3) be present at all pretrial conferences, hearings and trials, unless excused by the Court; (4) be prepared to participate actively as may be necessary; and (5) assure compliance with applicable rules of procedure. Local counsel of record may attend discovery proceedings.

(13)  Associated Counsel. In addition to local counsel designated above, the following counsel are also associated with the undersigned in this case.

n/a

(14)  Application Fee. I affirm that the application fee of three hundred and fifty dollars ($350) has been paid in accordance with the Local Rules of the United States District Court for the District of South Carolina or paid herewith.

(15)  Electronic Notification. By submitting this application, I consent to electronic notification.

(16)  Represented Party/Parties. I seek to represent the following party/parties:

Chadwick Dotson

Arnold David Robinson

(17)  I certify that I have read Local Civil Rule 30.04 regarding the conduct of depositions.

```
JANET M ARCHER
NOTARY PUBLIC
REGISTRATION # 328491
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
AUGUST 31, 2027
```

Signature of Applicant

**Sworn to and subscribed before me**
this 10th day of June ,20 26.

Notary Public
of the State of Virginia

My Commission expires: 8/31/27

Revised 01/07/2025                              Page 3 of 3

2:25-cv-12580-BHH-MGB    Date Filed 07/02/26    Entry Number 81-1    Page 4 of 4

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **LAURA ELIZABETH MAUGHAN** IS AN ACTIVE MEMBER OF THE

VIRGINIA STATE BAR IN GOOD STANDING. **LAURA ELIZABETH MAUGHAN** WAS LICENSED TO

PRACTICE LAW IN VIRGINIA ON **OCTOBER 16, 2014**, AFTER SUCCESSFULLY PASSING THE BAR

EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued June 5, 2026

*DaVida M. Davis*

DaVida M. Davis
**Director of Regulatory Compliance**